UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| AMERICAN WELL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 15-12265-LTS |
| | ) | |
| NOEL OBOURN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER ON PLAINTIFF'S MOTION TO REMAND (DOC. NO. 6)

July 16, 2015

SOROKIN, J.

A defendant's removal petition "need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold" and that allegation "is accepted if made in good faith." Dart Cherokee Basin Operating Co., LLC v. Owens, 135 S. Ct. 547, 549-50 (2014). When either the Plaintiff or the Court challenges the amount in controversy, "both sides [must] submit proof and the court decides, by a preponderance of the evidence, whether the amount-in-controversy requirement has been satisfied." Id. at 550. Plaintiff has issued the challenge. Defendant has responded with affidavits and other evidence which more than discharge the burden of proof in light of the revenue lost by any diverted customers and/or the value of Defendant's services to the extent enjoined. Accordingly, the Motion to Remand (Doc. No. 6) is DENIED.

2

Defendant shall respond to the Complaint within seven days.  The Court will hold a Rule 16 Conference on August 3, 2015 at 3:00 p.m.

                SO ORDERED.

                /s/ Leo T. Sorokin
                Leo T. Sorokin
                United States District Judge